UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WHITNEY COOK, individually and
on behalf of all others similarly situated                                       PLAINTIFF

v.                      No. 2:18-CV-02155

BEN EPHIE and BEEMAC FOODS, LLC                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the order entered in this case on this date, IT IS HEREBY ADJUDGED that Plaintiff have and recover from Defendants, jointly and severally:

- Compensatory damages in the amount of $1,332.00; and
- Liquidated damages in the amount of $1,332.00.

Interest on this judgment will accrue at the rate of 2.41% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 8th day of April, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE